IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 95-cv-03174-MSK-MJW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SAMUEL L. BOYD,

    Defendant.

**ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S MOTION AND DIRECTING PAYMENT TO THE UNITED STATES TREASURY THROUGH THE SECURITIES AND EXCHANGE COMMISSION**

THIS MATTER comes before the Court on the Securities and Exchange Commission's Motion for Payment to the United States Treasury through the Securities and Exchange Commission (Motion) **(#395)** filed December 28, 2012. Having reviewed the Motion,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Clerk of this Court pay all funds presently being held in the Court Registry in connection with the above captioned action, together with all interest accrued thereon, minus any applicable fees, by check payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court. The Clerk of Court shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel of

record in this action by regular or electronic mail; and

**IT IS FURTHER ORDERED** that the Securities and Exchange Commission shall send the funds to the United States Treasury.

DATED this 18th day of April, 2013.

BY THE COURT:

Marcia S. Krieger
Chief United States District Judge